**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6835**

───────────────

JAMES E. ROSE, JR.,

        Plaintiff - Appellant

    v.

SHERIFF DUANE LEWIS,

        Defendant – Appellee,

    and

BERKELEY COUNTY SHERIFF'S DEPARTMENT,

        Defendant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  J. Michelle Childs, District Judge.  (2:22-cv-00886-JMC)

───────────────

Submitted:  January 17, 2023                         Decided:  January 20, 2023

───────────────

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

James E. Rose, Jr., Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Rose, Jr., a pretrial detainee, appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action for failure to comply with the magistrate judge's order directing him to file an amended complaint. *See* Fed. R. Civ. P. 41(b).  We review a district court's dismissal under Rule 41(b) for abuse of discretion. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019).  We have reviewed the record and discern no abuse of discretion.  Accordingly, we affirm.  We deny Rose's motion to consolidate.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*